**Jerry Lee SELBY, Appellant,**

v.

**BNSF RAILWAY CO., Respondent.**

**WD 79713**

Missouri Court of Appeals, Western District.

Filed: May 16, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied June 29, 2017

Stephen G. Sanders, David L. Johnson, KCMO for appellant.

William Brahser, Joshua Davis, St. Louis; Thomas Jayne, Fort Worth; Scott

Templeton, Kirksville; Susan Robertson and J. Zachary Bickel, KCMO for respondent.

Before Division Two: Cynthia L. Martin, Presiding Judge, Lisa White Hardwick and Alok Ahuja, Judges

**ORDER**

Per Curiam

Jerry Selby appeals the circuit court's grant of summary judgment in favor of his former employer, BNSF Railway Company ("BNSF") on his Federal Employers' Liability Act claim against BNSF. Upon review of the briefs and the record, we find no error and affirm the circuit court's judgment. Because a published opinion would have no precedential value, we have provided the parties with an unpublished memorandum setting forth the reasons for our decision.

AFFIRMED. Rule 84.16(b).